IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE SOUTHERN COMPANY ) <br> EMPLOYEE SAVINGS PLAN, ) <br>     Plaintiff/Counter Defendant, ) <br> ) <br> vs. ) <br> ) <br> ) <br> MARY ROBIN COSTA and ) <br> BRANDI COSTA NOLEN, ) <br>     Defendants/ Counter Claimants, ) <br> ) <br> BRANDI CHRISTINE NOLEN, ) <br>     Third Party Plaintiff, ) <br> v. ) <br> ) <br> SOUTHERN COMPANY EMPLOYEE ) <br> SAVINGS PLAN COMMITTEE ) <br> SOUTHERN COMPANY SERVICES, INC., ) <br>     Third Party Defendant. ) | Civil Action No. 24-00040-KD-N |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation, (doc. 70), to which an objection is made, (doc. 77), the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Third Party Defendant Southern Company Employee Savings Plan Committee's Motion to Dismiss the Amended Third-Party Complaint is **DENIED.**

**DONE** this 10th day of **January**, **2025.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**