# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| THE SOUTHERN COMPANY ) <br> EMPLOYEE SAVINGS PLAN, ) <br>    Plaintiff/Counter Defendant, ) <br>  ) <br> vs. ) <br>  ) <br> MARY ROBIN COSTA and ) <br> BRANDI COSTA NOLEN, ) <br>    Defendants/ Counter Claimants, ) <br>   <br> BRANDI CHRISTINE NOLEN, ) <br>    Third Party Plaintiff, ) <br> v. ) <br>  ) <br> SOUTHERN COMPANY EMPLOYEE ) <br> SAVINGS PLAN COMMITTEE ) <br> SOUTHERN COMPANY SERVICES, INC., ) <br>    Third Party Defendant. ) | Civil Action No. 24-00040-KD-N |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge, (doc. 71), made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff Southern Company Employee Savings Plan's Motion to Dismiss Brandi Christine Nolen's Amended Counterclaim is **GRANTED** in part and **MOOTED** in part.

**DONE** this 10th day of **January**, **2025.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**